# KOEHLER & ISAACS LLP
### ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
SONYA CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-19
```

November 17, 2019

**Via ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York

Re: *United States v. Douglas Sellers*, 18Cr591

Dear Judge Preska:

    I am the attorney for Douglas Sellers. The purpose of this letter is to respectfully request an extension of time to file Mr. Sellers' Notice Of Appeal and to also seek the assignment of new CJA counsel to further advise Mr. Seller's on his intention in this regard.

    Please know that I have met with Mr. Sellers several times since sentencing and have discussed his concerns with the Court's sentence. It is now clear that Mr. Sellers intends to file an appeal that is expected to include a claim of ineffective assistance of counsel. As such, there is an inherent conflict of interest and would require the assignment of new counsel.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Cc: All counsel, by email

*Handwritten order:* The Court finds that the conflict situation noted above constitutes good cause. Accordingly, the time for Mr. Sellers to file a notice of appeal is extended 30 days.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/10/19